DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEROME MAURICE HARPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00160 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; |
| v. | ) ) | ORDER |
| JEROME MAURICE HARPER, | ) ) | Date:  August 27, 2007 |
| Defendant. | ) ) | Time:  9:00 A.M. Judge:  Hon. Anthony W. Ishii |
|  | ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before August 3, 2007, responses shall be filed on or before August 22, 2007, and **the hearing on motions now set for July 30, 2007, may be continued to August 27, 2007, at 9:00 A.M.**

The grounds for the continuance are further defense preparation and investigation, and to allow the parties time for negotiation.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: July 26, 2007                         By:  /s/  Kimberly A. Sanchez
                                                         KIMBERLY A. SANCHEZ
                                                         Assistant United States Attorney
                                                         Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Public Defender

DATED: July 26, 2007                         By:   /s/  Francine Zepeda
                                                         FRANCINE ZEPEDA
                                                         Assistant Federal Defender
                                                         Attorneys for Defendant
                                                         JEROME MAURICE HARPER

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 27, 2007**                         **/s/ Anthony W. Ishii**
                                                                 UNITED STATES DISTRICT JUDGE