DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEROME MAURICE HARPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>JEROME MAURICE HARPER,<br><br>         Defendant. | NO. 1:06-cr-00160 AWI<br><br>STIPULATION TO VACATE TRIAL DATE AND RE-SET FOR CHANGE OF PLEA OR FURTHER STATUS CONFERENCE; ORDER<br><br>Date:   December 15, 2008<br>Time:   9:00 A.M.<br>Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the trial date currently scheduled for December 2, 2008, in the above-captioned matter may be vacated and that the case may be re-set for change of plea or further status conference.

The request is made by both parties.  The basis for the request is that the parties are in active negotiations and anticipate that the case will resolve.  Defendant has advised counsel that he does not wish to proceed to trial and would like to pursue a plea.  Because of the numerous charges filed against Mr. Harper the negotiations are involved and the parties are attempting to reach an appropriate settlement.  Additionally, counsel for Mr. Harper has some further investigation which must be done regarding his custody status and the prior convictions which will impact his sentencing.  This information is necessary so that he can understand the exact nature of his plea.

///

1    Further, based on the foregoing counsel for the defense is not ready to proceed to trial at this time.
2  It is requested that the case be set for further status conference on December 15, 2008, at 9:00 A.M. If the
3  parties are ready to proceed with a plea they will do so at that time. Otherwise, an appropriate schedule
4  will be set at that time.

5    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
6  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
7  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and
8  (iv).

9                                           McGREGOR W. SCOTT
                                             United States Attorney
10

11  DATED: November 7, 2008          By:  /s/ Kimberly A. Sanchez
                                             KIMBERLY A. SANCHEZ
12                                           Assistant United States Attorney
                                             Attorney for Plaintiff
13

14                                           DANIEL J. BRODERICK
                                             Federal Public Defender
15

16  DATED: November 7, 2008          By:  /s/ Francine Zepeda
                                             FRANCINE ZEPEDA
17                                           Assistant Federal Defender
                                             Attorneys for Defendant
18                                           JEROME MAURICE HARPER

19

20                                    **O R D E R**

21    **IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and
22  3161(h)(8)(B)(i) and (iv).

23

24  IT IS SO ORDERED.

25  **Dated:   November 10, 2008**         /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE
26

27

28