| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JEROME MAURICE HARPER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00160 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE CHANGE OF |
| | ) | PLEA OR FURTHER STATUS CONFERENCE |
| v. | ) | HEARING; and ORDER |
| | ) | |
| JEROME MAURICE HARPER, | ) | Date:  January 5, 2009 |
| | ) | Time:  9:00 A.M. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea or further status conference hearing in the above-referenced matter now set for December 22, 2008, **may be continued to January 5, 2009, at 9:00 A.M.**.

The request is made because the parties are in active negotiations and need additional time to complete negotiation of a plea agreement prior to the hearing.  The requested continuance will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED:  December 18, 2008 | By:  /s/  Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED:  December 18, 2008 | By:  /s/  Francine Zepeda<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JEROME MAURICE HARPER |

## **O R D E R**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   December 18, 2008**            /s/ **Anthony W. Ishii**
                                                        CHIEF UNITED STATES DISTRICT JUDGE