1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JEROME MAURICE HARPER

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  NO. 1:06-cr-00160 AWI
                                       )
12              Plaintiff,             )  STIPULATION TO CONTINUE STATUS
                                       )  CONFERENCE HEARING; ORDER
13        v.                           )
                                       )  Date:  March 16, 2009
14  JEROME MAURICE HARPER,             )  Time:  9:00 A.M.
                                       )  Judge: Hon. Anthony W. Ishii
15              Defendant.             )
                                       )
16  _____)

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the status conference hearing in the above-referenced matter now set for March 9, 2009, **may

20  be continued to March 16, 2009, at 9:00 A.M.**.

21         The request is made because the parties are in active negotiations and need additional time to

22  complete negotiation of a plea agreement prior to the hearing. The requested continuance will conserve

23  time and resources for all parties and the court.

24  ///

25  ///

26  ///

27  ///

28  ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and
4  (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: March 5, 2008                By:  /s/  Dawrence W. Rice, Jr.
                                    DAWRENCE W. RICE
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender


DATED: March 5, 2009                By:   /s/  Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    JEROME MAURICE HARPER


## **O R D E R**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:   March 6, 2009**            /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE