1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JEROME MAURICE HARPER

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   NO. 1:06-cr-00160 AWI
                                   )
12              Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE HEARING;
13       v.                        )   ORDER
                                   )
14  JEROME MAURICE HARPER,         )   Date: April 13, 2009
                                   )   Time: 9:00 A.M.
15              Defendant.         )   Judge: Hon. Anthony W. Ishii
                                   )
16                                 )
                                   )
17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the status conference hearing in the above-referenced matter now set for April 6, 2009, **may

20  be continued to April 13, 2009, at 9:00 A.M.**.

21       The request is made because the parties are in active negotiations and need additional time to

22  complete negotiation of a plea agreement prior to the hearing, and counsel for Defendant will not be in her

23  office on April 6, 2009, and will be unavailable for court at the time now scheduled for hearing. The

24  requested continuance will conserve time and resources for all parties and the court.

25  ///

26  ///

27  ///

28  ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: March 31, 2009     By: /s/ Dawrence W. Rice, Jr.
DAWRENCE W. RICE
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: March 31, 2009     By: /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
JEROME MAURICE HARPER

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:  March 31, 2009**         /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE