| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JEROME MAURICE HARPER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:06-cr-00160-AWI |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING UNITED |
| | ) STATES' MOTION TO AUTHORIZE |
| vs. | ) PAYMENT FROM DEFENDANT'S INMATE |
| | ) TRUST ACCOUNT; ORDER |
| JEROME MAURICE HARPER, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Patrick J. Suter, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Jerome Maurice Harper, that the United States' Motion to Authorize Payment from Defendant's Inmate Trust Account may be granted in part and denied in part. Specifically, the parties agree that Mr. Harper may retain $3,625 in his inmate trust account—$25 of which will be automatically deducted and applied toward restitution pursuant to the Inmate Financial Responsibility Program—and that the remaining funds in the account may be immediately applied toward his restitution obligation. Upon his release from imprisonment, Mr. Harper will enter into a payment plan to satisfy his remaining restitution obligation.

///

Mr. Harper is scheduled to be released from Bureau of Prisons' custody on September 13, 2017. Due to Mr. Harper's criminal history, he is not eligible for halfway-house placement. Accordingly, when Mr. Harper is released from Tucson United States Penitentiary in September, he will not have housing lined up. Moreover, Mr. Harper does not have family in the Eastern District of California—the district to which he will be released—and he does not anticipate receiving financial support from family members upon his release. The money in Mr. Harper's inmate trust account represents his savings, which he intends to use to support himself until he is able to find employment. Given the difficulty of finding employment—particularly for a felon who has been out of the job market for ten years—Mr. Harper anticipates needing $3,600 to survive until he is able to find a job.

Accordingly, the parties agree and stipulate that Mr. Harper may retain $3,625 in his account—$25 of which will be automatically deducted pursuant to the Inmate Financial Responsibility Program—and the remaining funds may be immediately turned over to the Clerk of Court for payment toward Mr. Harper's outstanding restitution obligation in Case No. 1:06-CR-00160-AWI. Mr. Harper will enter into a payment plan to satisfy the remaining restitution obligation after he is released from imprisonment.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 23, 2017

*/s/ Patrick J. Suter*
PATRICK J. SUTER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 23, 2017

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JEROME MAURICE HARPER

**O R D E R**

Pursuant to the parties' stipulation, the Court grants in part and denies in part the United States' Motion to Authorize Payment from Defendant's Inmate Trust Account. The Bureau of Prisons is directed to turn over any amount in excess of $3,625 in Mr. Harper's inmate trust account to the Clerk of Court, for payment toward Mr. Harper's outstanding restitution obligation. The funds should be made payable to the United States District Court, Eastern District of California, and mailed to 501 I Street, Room 4-200, Sacramento, California 95814, The criminal docket number, 1:06-CR-00160-AWI, should be referenced on the payment instrument.

IT IS SO ORDERED.

Dated:  August 23, 2017

SENIOR DISTRICT JUDGE